BRUSH *against* TAGGART.

IN error, on *certiorari*, from a justice's court.

The suit below was an action of debt upon a judgment between the same parties, rendered before another justice.

The point relied upon by the plaintiff in error was, that he pleaded and gave in evidence, that a *certiorari* had been issued, allowed and served in the former cause;

*The contents of a certiorari, or other writ, cannot be proved by parol, but the original, or a sworn copy of it, must be produced.*

and to prove it he called two witnesses, one of whom stated that the defendant had obtained a *certiorari* on the judgment before Justice *Gorlay*, and that he had seen it; the other witness stated, that he had served it upon the justice; and upon being asked whether it was in a suit between the same parties, the question was objected to and overruled, on the ground that the contents of the *certiorari* could only be proved by the production of the writ, or of the justice on whom it was served.

*Per Curiam.* The decision below was correct. The contents of the writ of *certiorari* could not be proved by parol, so long as the writ itself, or a sworn copy of it, might have been produced. The case of *Edmonstone* v. *Plaisted* (4 *Esp. Rep.* 160.) shows the strict manner in which the contents of a process, or the existence of it, is to be proved.

Judgment affirmed.